No. 55413.—Nathan Kaufman Co. and National Bead Co., Inc. v. United States, protests 140172–K and 140178–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55414.—J. M. Arnof Co., Inc., et al. v. United States, protests 157896–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55415.—Schering Corp. v. United States, protest 149821–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise invoiced as "1 Parcel of Estrogenic Substance" is the same in all material respects as the commodity passed upon in Sandoz Chemical Works, Inc. v. United States (25 Cust. Ct. 115, C. D. 1273). The claim at 10 percent under paragraph 34 was therefore sustained.